Nellie Ramsey, appellee, v. Dr. J. Frank Armstrong, appellant. Gen. No. 37,529.

Opinion filed December 24, 1934.

Macon H. Huggins and Denison, White & Mosely, for appellant. Robert J. Millman, for appellee; Abraham H. Maller, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.